IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,
Plaintiff,

vs. Case No.: 3:15cv573/RV/EMT

CITY OF GULF BREEZE
and GULF BREEZE POLICE DEPARTMENT,
Defendants.
_______________________________/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 24, 2016 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections (doc. 10).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. That Plaintiff's federal claims be **DISMISSED** as follows:

a. Plaintiff's constitutional claims arising from the traffic citation issued by Sergeant Neff of the Gulf Breeze Police Department on September 14, 2011 be **DISMISSED with prejudice** as abusive of the judicial process and as barred by res judicata;

b. Plaintiff's constitutional claims arising from the traffic citation issued by Officer Scapin of the Gulf Breeze Police Department on May 18, 2014 be **DISMISSED without prejudice** as Heck-barred; and

c. Plaintiff's claims under 42 U.S.C. § 2000d *et seq*. (Title VI of the Civil Rights Act of 1964) and 42 U.S.C. § 14141 be **DISMISSED with prejudice** as frivolous.

3. That Plaintiff's state law claims be **DISMISSED without prejudice**.

4. That the clerk be directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 29th day of July, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**